Form B6A
(10/05)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY

IN RE: **Terrie A. Woodley**　　　　　　　　　　　　　　　　CASE NO **06-20338**

CHAPTER **7**

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint Or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | | **Total:** **$0.00** | |

(Report also on Summary of Schedules)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY**

IN RE: **Terrie A. Woodley**  CASE NO **06-20338**

CHAPTER **7**

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Team One CU-s | - | $10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | security deposit | - | $475.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | household | - | $500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | - | $100.00 |
| 7. Furs and jewelry. | | jewelry | - | $100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| | | | Total > | $1,185.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION-BAY CITY**

IN RE: **Terrie A. Woodley**        CASE NO **06-20338**

CHAPTER **7**

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | tax refund | - | $5,000.00 |
| | | | **Total >** | **$6,185.00** |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY

IN RE: **Terrie A. Woodley**  CASE NO **06-20338**

CHAPTER **7**

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Chrysler | - | $500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| | | | **Total >** | **$6,685.00** |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY**

IN RE: **Terrie A. Woodley**          CASE NO  **06-20338**

CHAPTER  **7**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total >** | **$6,685.00** |

IN RE: **Terrie A. Woodley**        CASE NO **06-20338**

CHAPTER **7**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Team One CU-s | 11 U.S.C. § 522(d)(5) | $10.00 | $10.00 |
| security deposit | 11 U.S.C. § 522(d)(5) | $475.00 | $475.00 |
| household | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| clothing | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| jewelry | 11 U.S.C. § 522(d)(3) | $100.00 | $100.00 |
| tax refund | 11 U.S.C. § 522(d)(5) | $5,000.00 | $5,000.00 |
| | | **$6,185.00** | **$6,185.00** |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **0301**<br><br>**TNT Financial, Inc. fdba: CarNow**<br>**PO Box 5767**<br>**Saginaw, MI 48603** | | - | DATE INCURRED: **3/03**<br>NATURE OF LIEN: **vehicle**<br>COLLATERAL: **1996 Chrysler**<br>REMARKS:<br><br>VALUE: $500.00 | | | | $3,519.00 | $3,019.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

_____**No**_____ continuation sheets attached

Subtotal (Total of this Page) > $3,519.00
Total (Use only on last page) > $3,519.00

(Report total also on Summary of Schedules)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION-BAY CITY

IN RE:   **Terrie A. Woodley**  CASE NO   **06-20338**

CHAPTER   **7**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____ continuation sheets attached

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**70th District Court**<br>**Case No.:51521CV1**<br>**111 S. Michigan Ave.**<br>**Saginaw, MI 48602** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**TNT Financial**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **33**<br>**Acct. Rec. Col.**<br>**PO Box 42220, Dept. M**<br>**Cincinnati, OH 45242** | | - | DATE INCURRED: **6/03**<br>CONSIDERATION:<br>**medical**<br>REMARKS: | | | | **$464.00** |
| ACCT #:<br>**Advanced Medical Imaging**<br>**P.O. Box 6398**<br>**Saginaw, MI 48608** | | - | DATE INCURRED: **1999**<br>CONSIDERATION:<br>**medical**<br>REMARKS: | | | | **$187.00** |
| ACCT #: **8843**<br>**Allied Interstate**<br>**PO Box 26808**<br>**Greensboro, NC 27429** | | - | DATE INCURRED: **5/04**<br>CONSIDERATION:<br>**Sprint**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **4117**<br>**Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI 48090** | | - | DATE INCURRED: **8/03**<br>CONSIDERATION:<br>**SBC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **40**<br>**CBM Collections**<br>**P.O. Box 551**<br>**Midland, MI 48640** | | - | DATE INCURRED: **8/99**<br>CONSIDERATION:<br>**Advanced Medical**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Consumers Energy**<br>**4600 Coolidge Hwy.**<br>**Royal Oak, MI 48073** | | - | DATE INCURRED: **2001**<br>CONSIDERATION:<br>**utility**<br>REMARKS: | | | | **$410.00** |

_____**2**_____ continuation sheets attached

Subtotal > **$1,061.00**

Total (Use only on last page of the completed Schedule F) >

IN RE: **Terrie A. Woodley**          CASE NO **06-20338**
(If Known)
CHAPTER **7**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

*Continuation Sheet No. 1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCT #: <br> **Covenant Health Care** <br> 1447 N. Harrison St. <br> Saginaw, MI 48602 | - | DATE INCURRED: **6/01** <br> CONSIDERATION: **medical** <br> REMARKS: | | **$1,240.00** |
| ACCT #: <br> **Davenport University** <br> 220 E Kalamazoo St. <br> Lansing, MI 48933 | - | DATE INCURRED: **8/05** <br> CONSIDERATION: **Collection by General Rev.** <br> REMARKS: | | **$248.00** |
| ACCT #: **8792,8438** <br> **NCO Financial Systems, Inc.** <br> P.O. Box 3500 <br> Jackson, MI 49204-3500 | - | DATE INCURRED: **2001,05** <br> CONSIDERATION: **Consumers,Sprint** <br> REMARKS: | | **Notice Only** |
| ACCT #: **4828** <br> **Rehmann Receivables** <br> PO Box 1385 <br> Saginaw, MI 48605 | - | DATE INCURRED: **6/01** <br> CONSIDERATION: **medical** <br> REMARKS: | | **Notice Only** |
| ACCT #: **420R** <br> **RPM** <br> 4301 Dixie Hwy. <br> Saginaw, MI 48601 | - | DATE INCURRED: **2/99** <br> CONSIDERATION: **repo.** <br> REMARKS: | | **$3,303.00** |
| ACCT #: <br> **SBC** <br> Bill Payment Center <br> Saginaw, MI 48663 | - | DATE INCURRED: **2003** <br> CONSIDERATION: **phone** <br> REMARKS: | | **$427.00** |
| ACCT #: <br> **Sprint PCS** <br> PO Box 740602 <br> Cincinnati, OH 45274-0602 | - | DATE INCURRED: **2004** <br> CONSIDERATION: **phone** <br> REMARKS: | | **$385.00** |
| | | | Subtotal > | **$5,603.00** |
| | | | Total (Use only on last page of the completed Schedule F) > | |

IN RE: **Terrie A. Woodley**        CASE NO **06-20338**
(If Known)
CHAPTER **7**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
*Continuation Sheet No. 2*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **5032**<br>**United Credit National Bank**<br>**PO Box 5217**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED: **2/99**<br>CONSIDERATION: **p & l writeoff-credit card**<br>REMARKS: | | | | $459.00 |
| ACCT #: **2751,2752**<br>**US Department of Education**<br>**P.O. Box 4169**<br>**Greenville, TX 75403-4169** | | - | DATE INCURRED: **2001,04**<br>CONSIDERATION: **Student Loan**<br>REMARKS: | | | | $3,879.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

      **Subtotal >**    **$4,338.00**
**Total (Use only on last page of the completed Schedule F) >**    **$11,002.00**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY

IN RE: **Terrie A. Woodley**　　　　　　　　　　　CASE NO **06-20338**

　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY

IN RE: **Terrie A. Woodley**  CASE NO **06-20338**

CHAPTER **7**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY**

IN RE: **Terrie A. Woodley**  CASE NO **06-20338**

CHAPTER **7**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship: | Age: | Relationship: | Age: |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | asst. mgr. | |
| Name of Employer | 7-11 | |
| How Long Employed | 6/05 | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $1,300.00 | |
| 2. Estimate monthly overtime | $0.00 | |
| 3. SUBTOTAL | **$1,300.00** | |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes (includes social security tax if b. is zero) | $195.00 | |
|    b. Social Security Tax | $0.00 | |
|    c. Medicare | $0.00 | |
|    d. Insurance | $0.00 | |
|    e. Union dues | $0.00 | |
|    f. Retirement | $0.00 | |
|    g. Other (specify) | $0.00 | |
|    h. Other (specify) | $0.00 | |
|    i. Other (specify) | $0.00 | |
|    j. Other (specify) | $0.00 | |
|    k. Other (specify) | $0.00 | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$195.00** | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$1,105.00** | |
| 7. Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | |
| 8. Income from real property | $0.00 | |
| 9. Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to debtor for the debtor's use or that of dependents listed above. | $0.00 | |
| 11. Social Security or government assistance (specify) | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (specify) | | |
|    a. food stamps | $230.00 | |
|    b. | $0.00 | |
|    c. | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$230.00** | |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,335.00** | |
| 16. TOTAL COMBINED MONTHLY INCOME: **$1,335.00** | (Report also on Summary of Schedules) | |

Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION-BAY CITY**

IN RE: **Terrie A. Woodley**　　　　　　　　　　　　　　　　　　CASE NO **06-20338**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>　a. Are real estate taxes included?　☑ Yes　☐ No<br>　b. Is property insurance included?　☑ Yes　☐ No | $475.00 |
| 2. Utilities:　a. Electricity and heating fuel<br>　　　　　　b. Water and sewer<br>　　　　　　c. Telephone<br>　　　　　　d. Other: | $92.00<br>$40.00<br>$60.00 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | <br>$230.00<br>$50.00<br>$10.00<br><br>$20.00<br><br> |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>　　　a. Homeowner's or renter's<br>　　　b. Life<br>　　　c. Health<br>　　　d. Auto<br>　　　e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In Chapter 11, 12, and 13 cases, do not list payments included in the plan)<br>　　　a. Auto:<br>　　　b. Other:<br>　　　c. Other:<br>　　　d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other:<br>17.b. Other: | |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | **$977.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>a. Total monthly income from Line 16 of Schedule I<br>b. Total monthly expenses from Line 18 above<br>c. Monthly net income (a. minus b.) | <br>$1,335.00<br>$977.00<br>$358.00 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY

IN RE:  **Terrie A. Woodley**　　　　　　　　　　　　　　　CASE NO  **06-20338**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER  **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $6,685.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $3,519.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $11,002.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,335.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $977.00 |
| | | Total > | $6,685.00 | $14,521.00 | |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY**

IN RE:  **Terrie A. Woodley**　　　　　　　　　　　　CASE NO  **06-20338**

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER  **7**

# Statistical Summary of Certain Liabilities (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY

IN RE: **Terrie A. Woodley**          CASE NO **06-20338**

                                      CHAPTER **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **16** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **03/09/2006**          Signature **/s/ Terrie A. Woodley**
                                       *Terrie A. Woodley*

Date _____          Signature _____

[If joint case, both spouses must sign.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Official Form 8
(12/03)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION-BAY CITY**

IN RE: **Terrie A. Woodley**            CASE NO **06-20338**

CHAPTER **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐ I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1996 Chrysler | TNT Financial, Inc. fdba: CarNow | ☑ | ☐ | ☐ | ☐ |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|

**None**

Date **03/09/2006**        Signature **/s/ Terrie A. Woodley**
                                                     *Terrie A. Woodley*

Date                                     Signature